| AO 12 (Rev. 5/03) | WARRANT FOR ARREST | FILED - ESC<br>February 1, 2012  11:42 AM<br>TRACEY CORDES, CLERK<br>U.S. DISTRICT COURT<br>WESTERN DISTRICT OF MICHIGAN<br>BY: ___JAL___ / _____ |
|---|---|---|

# United States District Court

| | DISTRICT<br>SOUTHE | |
|---|---|---|

UNITED STATES OF AMERICA

v.

YONJO QUIROA,
a/k/a "Ronaldo Solano,"

Defendant.

DOCKET NO.    MAGISTRATE'S CASE NO.

## 12 MAG 0241

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

YONJO QUIROA,
a/k/a "Ronaldo Solano"

WARRANT ISSUED ON THE BASIS OF:     ☐ Order of Court
☐ Indictment    ☐ Information    X Complaint

DISTRICT OF ARREST

TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Criminal Infringement of a Copyright

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>17, 18 | SECTION<br>506, 2319(b)(1) and 2 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |

| ORDERED BY<br>HON. MICHAEL H. DOLINGER<br>United States Magistrate Judge<br>Southern District of New York | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br><br>(BY) DEPUTY CLERK | DATE ORDERED<br>JAN 27 2012<br><br>DATE ISSUED |
|---|---|---|

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>2/1/2012<br>DATE EXECUTED | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent HSI<br>Michael Manganiello | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.